# Exhibit A

**Int. Cl.: 30**

**Prior U.S. Cl.: 46**

**United States Patent and Trademark Office**

Reg. No. 2,623,577
Registered Sep. 24, 2002

## TRADEMARK
### PRINCIPAL REGISTER



J. M. SMUCKER COMPANY, THE (OHIO CORPORATION)
STRAWBERRY LANE
ORRVILLE, OH 44667

FOR: FOOD, NAMELY, SANDWICHES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 12-18-1996; IN COMMERCE 12-18-1996.

THE STIPPLING IN THE DRAWING IS FOR SHADING PURPOSES ONLY.

THE MARK CONSISTS OF CONFIGURATION IN A ROUND PIE-LIKE SHAPE WITH DISTINCT PERIPHERAL UNDULATED CRIMPING.

SEC. 2(F).

SER. NO. 76-184,192, FILED 12-21-2000.

LINDA ORNDORFF, EXAMINING ATTORNEY