# Exhibit B

Int. Cl.: 30

Prior U.S. Cl.: 46

United States Patent and Trademark Office

Reg. No. 2,883,529
Registered Sep. 14, 2004

## TRADEMARK
### PRINCIPAL REGISTER



SMUCKER FRUIT PROCESSING COMPANY (CALIFORNIA CORPORATION)
STRAWBERRY LANE
ORRVILLE, OH 446670280

FOR: FOOD, NAMELY, SANDWICHES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 12-0-1996; IN COMMERCE 12-0-1996.

THE STIPPLING IN THE DRAWING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR.

THE MARK CONSISTS OF A PICTORIAL REPRESENTATION OF A ROUND CRUSTLESS SANDWICH.

SEC. 2(F).

SER. NO. 76-336,653, FILED 11-14-2001.

MARK T. MULLEN, EXAMINING ATTORNEY