# Exhibit C

# United States of America

### United States Patent and Trademark Office



**Reg. No. 5,941,408**  
**Registered Dec. 24, 2019**  
**Int. Cl.: 30**  
**Trademark**  
**Principal Register**

The J.M. Smucker Company (OHIO CORPORATION)  
One Strawberry Lane  
Orrville, OHIO 44667

CLASS 30: Sandwiches

FIRST USE 1-00-2000; IN COMMERCE 1-00-2000

The mark consists of a two-dimensional pictorial representation of a round crustless sandwich with a bite taken out showing filling on the inside.

OWNER OF U.S. REG. NO. 2623577, 2883529

SEC.2(F)

SER. NO. 88-160,150, FILED 10-18-2018



Director of the United States  
Patent and Trademark Office

