# Exhibit D

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,871,982**

**Registered Jul. 22, 2025**

**Int. Cl.: 30**

**Trademark**

**Principal Register**

The J.M. Smucker Company (OHIO CORPORATION)
One Strawberry Lane
Orrville, OHIO 44667

CLASS 30: Sandwiches

FIRST USE 06-19-2024 ; IN COMMERCE 06-19-2024

The mark consists of a round crustless sandwich representing a body, with a crescent shape representing a mouth, and with eyes, eyebrows, arms, legs and shoes.

SER. NO. 98-399,140, FILED 02-09-2024





Acting Director of the United States Patent and Trademark Office

