# Exhibit E

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,799,903**
**Registered May 20, 2025**
**Int. Cl.: 30**
**Trademark**
**Principal Register**

The J.M. Smucker Company (Ohio CORPORATION)
One Strawberry Lane
Orrville, OHIO 44667

CLASS 30: Sandwiches

FIRST USE 6-19-2024; IN COMMERCE 6-19-2024

The color(s) blue and white is/are claimed as a feature of the mark.

The mark consists of the word "UNCRUSTABLES" in blue stylized letters with white shadowing. The color black represents background only and is not part of the mark.

OWNER OF U.S. REG. NO. 2473056, 7443334, 6824295

SER. NO. 98-698,689, FILED 08-14-2024



Acting Director of the United States Patent and Trademark Office

