# Exhibit F

# United States of America
### United States Patent and Trademark Office



**Reg. No. 7,443,335**

**Registered Jul. 09, 2024**

**Int. Cl.: 29, 30**

**Trademark**

**Principal Register**

The J.M. Smucker Company  (OHIO CORPORATION)
One Strawberry Lane
Orrville, OHIO 44667

CLASS 29: Cheese-based snack foods; Meat-based snack foods

FIRST USE 4-30-2020; IN COMMERCE 4-30-2020

CLASS 30: Sandwiches; Frozen foods, namely, grain and bread based appetizers, hors d'oeuvres, and canapés; Wheat-based snack foods

FIRST USE 12-31-2000; IN COMMERCE 12-31-2000

The color(s) blue, black, and white is/are claimed as a feature of the mark.

The mark consists of a stylized script of the word UNCRUSTABLES in blue with black and white shadowing around the word.

OWNER OF U.S. REG. NO. 2473056, 6824295

SER. NO. 98-122,272, FILED 08-08-2023



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**

