AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Northern District of Ohio

| | |
|---|---|
| The J.M. Smucker Company | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No.  5:25-CV-2181 |
| Trader Joe's Company | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Trader Joe's Company
c/o Paracorp, Inc. (Registered Agent)
2804 Gateway Oaks Drive
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Meredith M Wilkes
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CHRISTIAN M. CAPECE, CLERK OF COURT*

Date:  10/14/2025

s/ Kelby Crawford
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:25cv2181

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **TRADER JOE'S COMPANY, A CALIFORNIA CORPORATION**

was received by me on *(date)* **11/4/2025** .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **ALEXANDRA LAFFEY** , who is

designated by law to accept service of process on behalf of *(name of organization)* **TRADER JOE'S COMPANY, A CALIFORNIA CORPORATION**

**PARACORP, INC. - AUTHORIZED AGENT FOR SERVICE OF PROCESS** on *(date)* 11/4/2025 ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/6/2025

_____
*Server's signature*

ROBERT J. MASON
_____
*Printed name and title*


633 EAST COLONIAL DRIVE ORLANDO, FL 32803
_____
*Server's address*

Additional information regarding attempted service, etc: