# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **The J.M. Smucker Company,** | ) |
| | ) |
| | ) Case No.: 5:25-cv-02181-JRA |
| Plaintiff, | ) |
| | ) Judge John R. Adams |
| v. | ) |
| | ) |
| **Trader Joe's Company,** | ) |
| | ) |
| Defendant. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE OR PLEAD

Now comes Defendant Trader Joe's Company, by and through counsel, and moves this Court for a 45-day extension of time to move or plead in response to Plaintiff's Complaint. The reasons for this Motion are more fully set forth in the attached Memorandum in Support.

Dated: November 20, 2025

Respectfully submitted,

/s/ *Kevin T. Shook*
Kevin T. Shook (0073718)
Samantha M. Quimby (0081968)
Amy E. Mildebrath (0104565)
FROST BROWN TODD, LLP
10 West Broad Street, Suite 2300
Columbus, OH 43215-3484
Telephone: 614-464-1211
Facsimile: 614-464-1737
kshook@fbtlaw.com
squimby@fbtlaw.com
amildebrath@fbtlaw.com

Laura R. Washington (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067
Telephone: 424-653-5500
Facsimile: 424-653-5501
laura.washington@lw.com

Jennifer L. Barry
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858-523-5400
Facsimile: 858-523-5450
jennifer.barry@lw.com

*Attorneys for Trader Joe's Company*

## **MEMORANDUM IN SUPPORT**

Defendant Trader Joe's Company ("Trader Joe's") moves this Court for a 45-day extension of time to move or plead in response to Plaintiff's Complaint. A responsive pleading or motion is currently due on November 25, 2025. Trader Joe's requests a 45-day extension of its deadline to move or plead, up to and including January 9, 2026.

This extension is requested because counsel for this matter was only recently retained by Trader Joe's, and additional time is needed to review the case background and prepare a thorough and appropriate response to Plaintiff's Complaint. Additionally, the requested extension accounts for the upcoming holidays, travel, scheduling demands and professional obligations of counsel for Trader Joe's, who are currently engaged in multiple other matters.

This request is made in good faith and not for the purpose of delay. No party will be prejudiced by the granting of this extension, and it will not interfere with any deadlines currently scheduled by the Court. No previous extensions have been sought. Counsel for Trader Joe's reached out to Plaintiff to request an agreement to this proposed extension and Plaintiff does not oppose this motion.

Trader Joe's accordingly submits that there is good cause to extend the deadline for Trader Joe's to move or plead in response to Plaintiff's Complaint to January 9, 2026.

Dated:  November 20, 2025                             Respectfully submitted,

/s/ *Kevin T. Shook*
Kevin T. Shook (0073718)
Samantha M. Quimby (0081968)
Amy E. Mildebrath (0104565)
FROST BROWN TODD, LLP
10 West Broad Street, Suite 2300
Columbus, OH 43215-3484
Telephone: 614-464-1211
Facsimile: 614-464-1737

kshook@fbtlaw.com
squimby@fbtlaw.com
amildebrath@fbtlaw.com

Laura R. Washington (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067
Telephone: 424-653-5500
Facsimile: 424-653-5501
laura.washington@lw.com

Jennifer L. Barry
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858-523-5400
Facsimile: 858-523-5450
jennifer.barry@lw.com

*Attorneys for Trader Joe's Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed with the Court's electronic filing system and served via U.S. mail on this 20th day of November 2025, to the following:

Meredith M. Wilkes
JONES DAY
North Point
901 Lakeside Avenue
mwilkes@jonesday.com

*Attorney for Plaintiff The J.M. Smucker Company*

*/s/ Kevin T. Shook*
Kevin T. Shook

0162875.0815122   4899-8031-1419v2
11/20/2025

US-DOCS\165833409.1