# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **The J.M. Smucker Company,** | ) ) ) |
| Plaintiff, | ) ) Case No.: 5:25-cv-02181-JRA |
| v. | ) ) |
| **Trader Joe's Company,** | ) ) Judge John R. Adams |
| Defendant. | ) ) ) |

## [PROPOSED] ORDER GRANTING DEFENDANT TRADER JOE'S COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE OR PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT

This matter is before the Court on Defendant Trader Joe's Company's Unopposed Motion for Extension of Time to Move or Plead in response to the Complaint. For good cause shown, the Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendant Trader Joe's Company shall have up to and including January 9, 2026 to move or plead in response to Plaintiff's Complaint. [ECF 1].

_____      _____
Date                                                                            Judge John R. Adams

SUBMITTED BY:

/s/ *Kevin T. Shook*
Kevin T. Shook (0073718)
Samantha M. Quimby (0081968)
Amy E. Mildebrath (0104565)
FROST BROWN TODD, LLP
10 West Broad Street, Suite 2300
Columbus, OH 43215-3484
Telephone: 614-464-1211
Facsimile: 614-464-1737
kshook@fbtlaw.com
squimby@fbtlaw.com
amildebrath@fbtlaw.com

Laura R. Washington (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067
Telephone:  424-653-5500
Facsimile:  424-653-5501
laura.washington@lw.com

Jennifer L. Barry
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858-523-5400
Facsimile: 858-523-5450
jennifer.barry@lw.com

*Attorneys for Trader Joe's Company*

0162875.0815122  4897-4145-8555v3
11/20/2025