Motion granted.  Answer due 1/9/2026.
/s/ John R. Adams
U.S. District Judge
11/21/2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **The J.M. Smucker Company,** | ) <br> ) <br> ) Case No.: 5:25-cv-02181-JRA <br> ) <br> ) Judge John R. Adams <br> ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| **Trader Joe's Company,** | |
| Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE OR PLEAD**

Now comes Defendant Trader Joe's Company, by and through counsel, and moves this Court for a 45-day extension of time to move or plead in response to Plaintiff's Complaint. The reasons for this Motion are more fully set forth in the attached Memorandum in Support.

Dated:  November 20, 2025

Respectfully submitted,

/s/ *Kevin T. Shook*
Kevin T. Shook (0073718)
Samantha M. Quimby (0081968)
Amy E. Mildebrath (0104565)
FROST BROWN TODD, LLP
10 West Broad Street, Suite 2300
Columbus, OH 43215-3484
Telephone: 614-464-1211
Facsimile: 614-464-1737
kshook@fbtlaw.com
squimby@fbtlaw.com
amildebrath@fbtlaw.com

Laura R. Washington (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067
Telephone:  424-653-5500
Facsimile:  424-653-5501
laura.washington@lw.com

US-DOCS\165833409.1