# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **THE J.M. SMUCKER COMPANY**, an Ohio Corporation<br><br>Plaintiff,<br><br>v.<br><br>**TRADER JOE'S COMPANY**, a California Corporation<br><br>Defendant. | Case No. 5:25-cv-02181-JRA<br><br>Judge John R. Adams |

## NOTICE OF ATTORNEY APPEARANCE OF JENNIFER L. BARRY

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant Trader Joe's Company, in this action:

> Jennifer L. Barry
> Latham & Watkins LLP
> 12670 High Bluff Drive
> San Diego, CA, 92130
> Phone: (858) 523-5400
> Fax: (858) 523-5450
> Email: jennifer.barry@lw.com

Dated: December 9, 2025

Respectfully Submitted,

/s/ *Jennifer L. Barry*
Jennifer L. Barry (228066)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA, 92130
(858) 523-5400 / (858) 523-5450 Fax
*jennifer.barry@lw.com*

*Attorney for Defendant*
*Trader Joe's Company*