UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **THE J.M. SMUCKER COMPANY**, an Ohio Corporation <br><br> Plaintiff, <br><br> v. <br><br> **TRADER JOE'S COMPANY**, a California Corporation <br><br> Defendant. | Case No. 5:25-cv-02181-JRA <br><br> Judge John R. Adams |

## MOTION FOR ADMISSION *PRO HAC VICE* OF LAURA R. WASHINGTON

Pursuant to Local Civil Rule 83.5(h), the undersigned attorney for Defendant Trader Joe's Company ("Trader Joe's") moves this Court for the *pro hac vice* admission of Laura R. Washington of Latham & Watkins LLP to appear as counsel in this matter. In support of this motion for *pro hac vice* admission to the bar of this court, the undersigned states the following:

1. Laura R. Washington is a member in good standing of the Bar of the State of California (CA Bar No. 266775; admitted December 3, 2009) and numerous federal courts including the U.S. Court of Appeals for the Second and Ninth Circuits, and the U.S. District Court for the Central District of California. A current Certificate of Good Standing from the Supreme Court of California for Ms. Washington is attached as Exhibit A.

2. Ms. Washington has been retained by Trader Joe's to represent its interests in this action.

3. Trader Joe's is also represented in this action by the undersigned counsel who is licensed to practice law in the United States District Court for the Northern District of Ohio.

US-DOCS\166007948.1

4. Ms. Washington agrees to comply with the Local Civil Rules for the United States District Court for the Northern District of Ohio, and pursuant to Local Civil Rule 83.7, also consents to be bound by the Code of Professional Responsibility adopted by the Supreme Court of the State of Ohio.

5. Ms. Washington has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and has never received a reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

6. The contact information for Ms. Washington is as follows:

Laura R. Washington
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Phone: (424) 653-5500
Fax: (424) 653-5501
Email: laura.washington@lw.com

WHEREFORE, the undersigned attorney for Trader Joe's respectfully requests the Court to grant this Motion for Admission *Pro Hac Vice* of Laura R. Washington.

Dated:  December 9, 2025

Respectfully submitted,

*/s/ Jennifer L. Barry*
Jennifer L. Barry (228066)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax
*jennifer.barry@lw.com*

US-DOCS\166007948.1

Laura R. Washington (*pro hac vice* pending)
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax
*laura.washington@lw.com*

Kevin T. Shook (0073718)
Samantha M. Quimby (0081968)
Amy E. Mildebrath (0104565)
FROST BROWN TODD, LLP
10 West Broad Street, Suite 2300
Columbus, OH 43215-3484
(614) 464-1211 / (614) 464-1737 (Fax)
*kshook@fbtlaw.com*
*squimby@fbtlaw.com*
*amildebrath@fbtlaw.com*

*Attorneys for Defendant Trader Joe's Company*