UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **THE J.M. SMUCKER COMPANY**, an Ohio Corporation ) ) ) | |
| Plaintiff, ) ) | Case No. 5:25-cv-02181-JRA |
| v. ) ) | Judge John R. Adams |
| **TRADER JOE'S COMPANY**, a California Corporation ) ) ) ) | **ORAL ARGUMENT REQUESTED** |
| Defendant. ) | |

### DEFENDANT TRADER JOE'S COMPANY'S
### MOTION TO DISMISS AND/OR TO TRANSFER VENUE

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 28 U.S.C. § 1404, Defendant Trader Joe's Company ("Trader Joe's") moves this Court for an order dismissing with prejudice Plaintiff The J.M. Smucker Company's ("Smucker") claim for trademark dilution (Third Claim For Relief) and/or transferring this case to the United States District Court for the Central District of California. The reasons for this Motion, summarized below, are set forth in greater detail in Trader Joe's accompanying Memorandum of Law and supported by the Declaration of Kathryn Cahan.

*First*, the Court should dismiss Smucker's claim for federal trademark dilution with prejudice because Smucker has failed to meet the high bar required to plead fame for its alleged "Uncrustables Design Marks." Smucker's trademark dilution claim also fails because Smucker has not pled fame for each of the Uncrustables Design Marks, as required under the law.

1

*Second*, the Court should transfer this case to the Central District of California because the private and public interest considerations support transfer of this case under 28 U.S.C. § 1404(a).

Trader Joe's thus respectfully requests that this Court issue an order dismissing with prejudice Smucker's claim for trademark dilution (Third Claim For Relief) pursuant to Federal Rule of Civil Procedure 12(b)(6) and/or transferring this action to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404.

Dated:  January 9, 2026

Respectfully submitted,

/s/ *Jennifer L. Barry*
Jennifer L. Barry (228066)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax
*jennifer.barry@lw.com*

Laura R. Washington (admitted *pro hac vice*)
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax
*laura.washington@lw.com*

Kevin T. Shook (0073718)
FBT GIBBONS LLP
10 West Broad Street, Suite 2300
Columbus, OH 43215-3484
(614) 464-1211 / (614) 464-1737 Fax
*kshook@fbtgibbons.com*

*Attorneys for Defendant*
Trader Joe's Company