UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **THE J.M. SMUCKER COMPANY,** an Ohio Corporation  Plaintiff,  v.  **TRADER JOE'S COMPANY,** a California Corporation  Defendant. | Case No. 5:25-cv-02181-JRA  Judge John R. Adams |

### DECLARATION OF KATHRYN CAHAN IN SUPPORT OF DEFENDANT TRADER JOE'S COMPANY'S MOTION TO DISMISS AND/OR TO TRANSFER VENUE

I, Kathryn Cahan, declare and state as follows:

1. I submit this declaration in support of Trader Joe's Company's ("Trader Joe's") Motion to Dismiss and/or to Transfer Venue. I am over the age of eighteen, reside in the United States, and am competent to make this declaration. Unless stated otherwise, all facts stated below are within my personal knowledge and, if called upon, I would be willing to testify to the facts set forth in this declaration.

2. I am employed as an Executive Vice President and General Counsel of Trader Joe's, where I began working in 2014. I work primarily at Trader Joe's Monrovia, California office and have personal knowledge of Trader Joe's business operations.

3. Trader Joe's is a privately held company incorporated in California. Trader Joe's is not, and has never been, incorporated in Ohio.

4. Trader Joe's principal place of business is in Monrovia, California. Trader Joe's has maintained a principal place of business in California since incorporation.

5.   Trader Joe's, together with its wholly-owned subsidiary, operates a national chain of neighborhood grocery stores, totaling over 620 stores across the United States, including 206 stores in California and seven in Ohio. Three of its seven stores in Ohio are located in the Northern District of Ohio.

6.   Before Trader Joe's introduces a new product, the prospective product is submitted to a rigorous tasting panel process that assesses product quality and value.

7.   All of the Crew Members (Trader Joe's term for its employees) who worked on developing the product and packaging of Trader Joe's Crustless Peanut Butter & Strawberry Jam Sandwiches (the "Crustless Sandwiches") work at its Monrovia, California offices.

8.   A third-party producer supplies the Crustless Sandwiches to Trader Joe's. This producer is located in Los Angeles County, California.

9.   Multiple employees from this producer will likely be called to testify in this case because its employees are expected to be knowledgeable about, for example, the production process, the overall shape of the Crustless Sandwiches, the necessity of the "ridges" around the edges, and the impact of the production process on the overall shape of the sandwich. They are also expected to testify about their involvement in developing the product, and therefore will provide testimony about how the product was developed, and how the production process played into the product's development. Further, the producer will be asked to speak about the product packaging.

10.   I am informed that the Crustless Sandwiches are purchased by Trader Joe's in California, and are transported from California to Trader Joe's distribution centers (none of which are in Ohio) across the country by Trader Joe's distribution partner.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 8, 2026 at Monrovia, California.

Kathryn Cahan