IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge John R. Adams |
| | ) | |
| | ) | REPORT OF PARTIES' PLANNING |
| | ) | MEETING UNDER FED. R. CIV. |
| Defendant. | ) | P. 26(f) AND LR 16.3(b)(3) |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16:3(b)(3), a meeting was held on ___________________ and was attended by:

_____________ counsel for plaintiff(s) _____________

_____________ counsel for plaintiff(s) _____________

_____________ counsel for defendant(s) _____________

_____________ counsel for defendant(s) _____________

2. The parties:

__ have not been required to make initial disclosures.

__ have exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the Court's prior order.

3. The parties recommend the following track:

___ Expedited ___ Standard

___ Administrative ___ Complex

___ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

___ Early Neutral Evaluation

___ Mediation

___ Arbitration

___ Summary Jury Trial

___ Summary Bench Trial

___ Case not suitable for ADR

5. The parties ____do/____do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Recommended Discovery Plan:

(a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

_______________________________________________________________

_______________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

(b) Discovery cut-off date: _____________

7. Recommended dispositive motion date: __________

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: _______________

9. Recommended date for a Status Hearing: ________________

10. Other matters for the attention of the Court:

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

__________________________________

Attorney for Plaintiff(s) ____________

__________________________________

Attorney for Plaintiff(s) ____________

________________________________

Attorney for Defendant(s) __________

________________________________

Attorney for Defendant(s) __________