**Attachment 4**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **__________________________________,** | **)** | **JUDGE JOHN R. ADAMS** |
| | **)** | |
| **Plaintiff(s),** | **)** | |
| | **)** | **CASE NO. ______________** |
| **vs.** | **)** | |
| | **)** | |
| **__________________________________,** | **)** | **PRELIMINARY ESTIMATE/** |
| | **)** | **BUDGET OF AMOUNT OF FEES** |
| **Defendant(s).** | **)** | **AND EXPENSES** |

The following is a preliminary estimate and/or budget of the **Plaintiff's / Defendant's** (circle one) anticipated to be the subject of a claim in this case.

| Attorney's Fees | | Costs | |
|---|---|---|---|
| Preliminary Investigation & Filing Complaint | $________ | Deposition | $________ |
| Procedural Motion s Practice | $________ | Experts | $________ |
| Discovery | $________ | Witness Fees | $________ |
| Dispositive Motions Practice | $________ | Juror Fees | $________ |
| Settlement Negotiations | $________ | Other | $________ |
| Trial | $________ | | |
| TOTAL FEES | $________ | TOTAL COSTS | $________ |