**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **THE J.M. SMUCKER COMPANY,** an Ohio Corporation | ) | |
| Plaintiff, | ) | Case No. 5:25-cv-02181-JRA |
| v. | ) | Judge John R. Adams |
| **TRADER JOE'S COMPANY,** a California Corporation | ) | |
| Defendant. | ) | |

**DEFENDANT TRADER JOE'S COMPANY'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Trader Joe's Company ("Trader Joe's") respectfully moves this Court for an order extending its deadline to respond to the Complaint filed by Plaintiff The J.M. Smucker Company ("Plaintiff") by five days, up to and including September 16, 2026. In support of this unopposed Motion, Trader Joe's states as follows:

1. On October 13, 2025, Plaintiff initiated this action by filing the Complaint against Trader Joe's. *See* Dkt. 1.

2. On November 21, 2025, the Court granted Trader Joe's unopposed motion for a 45-day extension of time to respond to the Complaint. *See* Dkt. 7.

3. On January 9, 2026, Trader Joe's moved to dismiss and/or transfer the Complaint. *See* Dkt. 10 ("Motion to Dismiss or Transfer").

4. On August 28, 2026, the Court issued an order denying Trader Joe's Motion to Dismiss or Transfer. *See* Dkt. 13 ("August 28 Order").

5. On August 28, 2026, the Court issued a Case Management Conference Scheduling Order, setting a telephonic case management conference on October 14, 2026. *See* Dkt. 14.

6. As a result of the August 28 Order, and under Federal Rule of Civil Procedure 12(a)(4)(A), Trader Joe's current deadline to respond to the Complaint is September 11, 2026. *See* Dkt. 13; Fed. R. Civ. P. 12(a)(4)(A).

7. The parties have been engaged in discussions regarding the potential resolution of this matter. To further facilitate those discussions and avoid the expenditure of potentially unnecessary resources in the meantime, Trader Joe's respectfully requests that it be granted a five-day extension of time, up to and including September 16, 2026, to respond to the Complaint.

8. Trader Joe's requested extension is made in good faith and not for the purpose of delay. No party will be prejudiced by the granting of this extension and it will not interfere with any deadlines currently scheduled by the Court.

9. Counsel for Plaintiff has stated that Plaintiff does not oppose Trader Joe's requested extension.

Trader Joe's respectfully submits that there is good cause to extend the deadline for Trader Joe's to respond to the Complaint to September 16, 2026.

Dated: September 10, 2026

Respectfully submitted,

*/s/ Laura R. Washington*
Laura R. Washington (admitted *pro hac vice*)
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax
*laura.washington@lw.com*

Jennifer L. Barry (228066)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax
*jennifer.barry@lw.com*

Kevin T. Shook (0073718)
FBT GIBBONS LLP
10 West Broad Street, Suite 2300
Columbus, OH 43215-3484
(614) 464-1211 / (614) 464-1737 Fax
*kshook@fbtgibbons.com*

*Attorneys for Defendant*
Trader Joe's Company