**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **THE J.M. SMUCKER COMPANY**, an Ohio Corporation | ) | |
| Plaintiff, | ) | Case No. 5:25-cv-02181-JRA |
| v. | ) | Judge John R. Adams |
| **TRADER JOE'S COMPANY**, a California Corporation | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT TRADER JOE'S COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter is before the Court on Defendant Trader Joe's Company's Unopposed Motion for Extension of Time. For good cause shown, the Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendant Trader Joe's Company shall have up to and including September 16, 2026, to respond to Plaintiff's Complaint (Dkt. 1).

_____________________ Date

_________________________ Judge John R. Adams