Motion granted.
/s/ John R. Adams
U.S. District Judge
9/11/2026

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **THE J.M. SMUCKER COMPANY,** an Ohio Corporation | ) | |
| Plaintiff, | ) | Case No. 5:25-cv-02181-JRA |
| v. | ) | Judge John R. Adams |
| **TRADER JOE'S COMPANY,** a California Corporation | ) | |
| Defendant. | ) | |

**DEFENDANT TRADER JOE'S COMPANY'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Trader Joe's Company ("Trader Joe's") respectfully moves this Court for an order extending its deadline to respond to the Complaint filed by Plaintiff The J.M. Smucker Company ("Plaintiff") by five days, up to and including September 16, 2026. In support of this unopposed Motion, Trader Joe's states as follows:

1. On October 13, 2025, Plaintiff initiated this action by filing the Complaint against Trader Joe's. *See* Dkt. 1.

2. On November 21, 2025, the Court granted Trader Joe's unopposed motion for a 45-day extension of time to respond to the Complaint. *See* Dkt. 7.

3. On January 9, 2026, Trader Joe's moved to dismiss and/or transfer the Complaint. *See* Dkt. 10 ("Motion to Dismiss or Transfer").

4. On August 28, 2026, the Court issued an order denying Trader Joe's Motion to Dismiss or Transfer. *See* Dkt. 13 ("August 28 Order").



US-DOCS\167194665.1