**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **THE J. M. SMUCKER COMPANY,**<br>an Ohio Corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>**TRADER JOE'S COMPANY,**<br>a California Corporation,<br><br>Defendant and Counterclaimant. | Case No. 5:25-cv-02181-JRA<br><br>Judge John R. Adams |

**PLAINTIFF THE J. M. SMUCKER COMPANY'S PARTIAL MOTION TO DISMISS DEFENDANT TRADER JOE'S COMPANY'S COUNTERCLAIMS**

Plaintiff and Counter-Defendant The J. M. Smucker Company ("Smucker") respectfully moves under Federal Rule of Civil Procedure 12(b)(6) to dismiss, with prejudice, Counterclaims I, II, and III as asserted by Defendant and Counter-Plaintiff Trader Joe's Company ("Trader Joe's") in its Amended Answer and Counterclaims (ECF No. 18). Each of those claims seeks cancellation of a federal trademark registration on the ground that Smucker obtained it by fraud on the United States Patent and Trademark Office, and none pleads the circumstances constituting fraud with the particularity required by Federal Rule of Civil Procedure 9(b) nor the elements of the claim. The grounds for this Motion are set forth in the accompanying Memorandum in Support.

Dated: October 23, 2026

Respectfully submitted,

*/s/ Meredith M. Wilkes*

Meredith M. Wilkes (0073092)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
(216) 579-0212 (facsimile)
mwilkes@jonesday.com

*Attorneys for The J. M. Smucker Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 23, 2026, a copy of the foregoing was filed with the Clerk of the Court via the Court's CM/ECF system, which will send notification to all counsel of record.

*/s/ Meredith M. Wilkes*
Meredith M. Wilkes