# Exhibit B


SMUCKER'S®
Uncrustables™
With a name like Smucker's it has to be Good!®
www.smucker.com
Smucker's has discovered a new way to seal its homemade goodness into a delicious PB&J sandwich. The secret is there's no crust so kids love 'em! Uncrustables are great for lunchtime, snack time, road trips, hiking or any on-the-go activities- anytime, anywhere!
Directions
• Keep frozen until ready to eat.
• Thaw 30-60 minutes at room temperature.
• Eat within 8-10 hours of defrosting for best flavor.
NO CRUST
ACTUAL SIZE
WHAT ARE Uncrustables?
Smucker's takes fresh, soft white bread...
Spreads creamy Smucker's peanut butter & delicious Smucker's jelly...
Then we remove the crust!
do is
nd serve!
76184192
0 51500 04815 3
PEANUT BUTTER & GRAPE JELLY SANDWICH
SMUCKER'S
Uncrustables
NEW!