# Exhibit C


NEW!
SMUCKER'S®
Thaw'n Serve
Soft Bread
SMUCKER'S
Uncrustables
PEANUT BUTTER & STRAWBERRY JAM SANDWICH
SMUCKER'S
Uncrustables®
PEANUT BUTTER & STRAWBERRY JAM SANDWICH
4 Soft Bread SANDWICHES
Patent No. 6,004,596 and Patent Pending. ®Registered trademarks of The J.M. Smucker Company. The crimped design is a trademark of The J.M. Smucker Company.
MANUFACTURER'S COUPON
EXPIRES 0/00/00
Save 55¢
on Smucker's® Uncrustables™
Found in your grocer's freezer.
RETAILER: You will be reimbursed for the face value of this coupon plus 8¢ if submitted in accordance with The J.M. Smucker Company Coupon Redemption Policy, copies available upon request. Cash value 1/20 of 1¢. Redeem by mailing to: The J.M. Smucker Company, P.O. Box 870136, El Paso, Texas 88587-0136. Limit one coupon per purchase. Good only in the U.S.A. Patent No. 6,004,596 and Patent Pending. ®Registered trademarks of The J.M. Smucker Company. The crimped design is a trademark of The J.M. Smucker Company.
000000
FPO
FPO
The easy way to PB & J—just thaw & serve!
Soft bread gives them the fresh taste of homemade!
Kids love no crust!
NO CRUST

On **Sunday, May 7, 2000**
**713,000** households will receive coupons for
**SMUCKER'S® UNCRUSTABLES**
via **SmartSource™ Magazine,**
**Published by News America Marketing.**

---

***Don't Delay! Stock Up Today!***

---

| MARKET | NEWSPAPER | CIRC.(000) |
| --- | --- | --- |
| Region: EAST CENTRAL REGION | | |
| INDIANAPOLIS,IN | STAR | 386 |
| LOUISVILLE,KY | COURIER-JOURNAL | 327 |
| | Total for Region: | 713 |
| | **Total for list:** | **713** |




On **Sunday, August 12, 2001**

**4,609,000 households will receive coupons for**

**SMUCKER'S® UNCRUSTABLES**

via **SmartSource Magazine®,**

**Published by News America Marketing.**

---

***See Back For Market List Details...***

---

# On Sunday, August 12, 2001
# 4,609,000 households will receive coupons for
# SMUCKER'S® UNCRUSTABLES
# via SmartSource Magazine®,
# Published by News America Marketing.

## *Don't Delay! Stock Up Today!*

| MARKET | NEWSPAPER | CIRC.(000) |
|---|---|---|
| Region: EAST CENTRAL REGION | | |
| CINCINNATI,OH | ENQUIRER | 362 |
| HAMILTON,OH | JOURNAL-NEWS | 27 |
| MIDDLETOWN,OH | JOURNAL | 24 |
| CLEVELAND,OH | PLAIN DEALER | 547 |
| COLUMBUS,OH | DISPATCH | 382 |
| NEWARK,OH | ADVOCATE | 23 |
| ZANESVILLE,OH | TIMES RECORDER | 22 |
| CHILLICOTHE,OH | GAZETTE | 17 |
| LANCASTER,OH | EAGLE GAZETTE | 16 |
| MARION,OH | STAR | 17 |
| COSHOCTON,OH | TRIBUNE | 8 |
| BUCYRUS,OH | TELEGRAPH FORUM | 7 |
| TOLEDO,OH | BLADE | 193 |
| LIMA,OH | NEWS | 47 |
| FREMONT,OH | NEWS MESSENGER | 15 |
| PORT CLINTON,OH | NEWS HERALD | 6 |
| DETROIT,MI | MICHIGAN CHRONICLE | 39 |
| GROSSE POINTE,MI | NEWS | 17 |
| HARPER WOODS,MI | SHORES | 6 |
| LAPEER,MI | COUNTY PRESS | 44 |
| LINCOLN PARK,MI | HERITAGE NEWSPAPERS | 132 |
| LIVINGSTON,MI | HOMETOWN NEWSPAPERS | 50 |
| LIVONIA,MI | OBSERVER & ECCENTRIC | 185 |
| MONROE,MI | NEWS | 27 |
| PONTIAC,MI | MARKETPLACE NEWS | 143 |
| RICHMOND,MI | INDEPENDENT NEWSPAPERS | 364 |
| WESTLAND,MI | ASSOCIATED NEWSPAPERS | 32 |
| BIG RAPIDS/MANISTEE,MI | PIONEER/NEWS ADVOCATE | 11 |
| PONTIAC,MI | THE OAKLAND PRESS | 97 |
| ANN ARBOR,MI | NEWS | 77 |
| PORT HURON,MI | TIMES HERALD | 45 |
| ADRIAN,MI | TELEGRAM | 18 |
| GRAND RAPIDS,MI | PRESS | 203 |
| INDIANAPOLIS,IN | STAR | 380 |
| NOBLESVILLE,IN | DAILY LEDGER | 12 |
| LOUISVILLE,KY | COURIER-JOURNAL | 325 |
| PITTSBURGH,PA | POST-GAZETTE | 464 |
| GREENSBURG,PA | TRIBUNE-REVIEW | 211 |
| WARRENDALE,PA | NORTH HILLS NEWS RECORD | 14 |
| | Total for Region: | 4609 |
| | **Total for list:** | **4,609** |




# Suddenly, your menu is more kid friendly.

Peanut butter and jelly, kids' #1 favorite sandwich*, is now easy to menu with new *Smucker's® Uncrustables™* sandwiches. These thaw-and-serve pb&j's are made from soft white bread packed with our delicious peanut butter and jelly. We've even removed the crust—the way kids love it. The round shape and sealed edges make every bite fun and neat to eat. Individual packages ensure freshness and safety.



New *Smucker's® Uncrustables™* soft bread sandwiches. They're made to make kids smile.

SMUCKER'S® Uncrustables™

*National Eating Trends survey of 2,000 households, 1999
®Registered trademarks of The J.M. Smucker Company
The crimped design is a trademark of The J.M. Smucker Company. Patent No. 6,004,596 and Patent Pending
6/00

# And Uncrustables™ are operator friendly, too.

## Features and Benefits

- Delivered frozen and individually packaged to ensure freshness.
- No mess or extra preparation. Just thaw and serve.
- Made with Smucker's® Peanut Butter and Grape Jelly.
- No waste, because there's no crust—just the way kids love pb&j sandwiches.
- Handheld single servings are convenient for you and fun for kids.

## Serving/Storage Information

- Optimal thawing is at room temperature with product laid flat, singly. Approximate thaw time is 45-60 minutes.
- Sandwiches should remain in the freezer until one hour prior to serving.
- Minimum storage temperature is -10°F; maximum storage temperature is +5°F.
- Sandwiches should not be thawed and refrozen.
- Do not microwave.

## Shelf Life Recommendations

- Refrigerated Shelf Life: 48 hours.
- Room Temperature Shelf Life: 8 hours.
- Freezer Shelf Life: 6 Months

### Nutrition Facts

Serving Size 1 package (72g)
Servings Per Container 1

**Amount Per Serving**

**Calories** 260 Calories from Fat 100

| | % Daily Value* |
|---|---|
| **Total Fat** 11g | **16%** |
| Saturated Fat 2.5g | **12%** |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 320mg | **13%** |
| **Total Carbohydrate** 33g | **11%** |
| Dietary Fiber 3g | **10%** |
| Sugars 14g | |
| **Protein** 9g | |

Vitamin A 0% • Vitamin C 0%
Calcium 8% • Iron 8%

*Percent Daily Values are based on a 2,000 calorie diet. your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Saturated Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300 mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

## Product Information

| UPC Code | Description | Case Count | Net Weight | Ship Weight | Case Cube |
|---|---|---|---|---|---|
| 5950 | 2.3 oz. Smucker's Uncrustables™ Peanut Butter and Grape Jelly Sandwich | 48 | 7 lb. | 8 lb. | .59 |

SMUCKER'S® Uncrustables™

®Registered trademarks of The J.M. Smucker Company
The crimped design is a trademark of The J.M. Smucker Company. Patent No. 6,004,596 and Patent Pending

6/00


MANUFACTURER'S COUPON
OFFER EXPIRES 4/30/02
Save $1.00
on
SMUCKER'S
Uncrustables
PEANUT BUTTER & JELLY SANDWICH
Found in your Grocer's Freezer
SMUCKER'S
Uncrustables
4 Soft Bread
SMUCKER'S
Uncrustables
4 Soft Bread
Available in Grape or Strawberry

MANUFACTURER'S COUPON

EXPIRES APRIL 30, 2002

**DO NOT DOUBLE**

**Save $1.00**

on

SMUCKER'S Uncrustables

**RETAILER:** You will be reimbursed for the face value of this coupon plus 8¢ if submitted in accordance with The J.M. Smucker Company Coupon Redemption Policy, copies available upon request. Cash value 1/20 of 1¢. Redeem by mailing to: The J.M. Smucker Company, P.O. Box 870136, El Paso, Texas 88587-0136. Limit one coupon per purchase. Good only in the U.S.A.

802510

5 (8101) 0 80251 0402

5 51500 26076




Patent No 6,004,596 and Patent Pending. ®Registered trademarks of The J.M. Smucker Company. The crimped design is a trademark of The J.M. Smucker Company.

SMUCKER'S® Uncrustables™



# FY01

| | May-July | Aug-Oct | Nov-Jan | Feb-April |
|---|---|---|---|---|
| FSI | ✓ | ✓ | ✓ | |
| Demo's | | ✓ | ✓ | |
| Hangtags w/Coupon | | ✓ | ✓ | ✓ |
| TV | | ✓ | ✓ | |
| Public Relations | | ✓ | | |
| Press Release Kit | | ✓ | | |



Patent No. 6,004,596 and Patent Pending. ®Registered trademarks of The J.M. Smucker Company. The crimped design is a trademark of The J.M. Smucker Company.