# Exhibit D

SMUCKER'S
Uncrustables
PEANUT BUTTER & STRAWBERRY JAM SANDWICH

**"Good & Quick" :30 TV**
XYNO0144




(SLOW MUSIC: UNDER THROUGHOUT)
MASON ADAMS (VO): With a name like Smucker's it has to be good.



WOMAN (VO): Now for moms in a hurry...




(MORE UPBEAT MUSIC KICKS IN)
Smucker's introduces new Uncrustables PB&J sandwiches!



Smucker's starts with delicious peanut butter and jelly...



takes off the crusts...



and seals in all the goodness of homemade.




Uncrustables go from freezer...



to lunchbox...for a...



soft, tastes like fresh-made...



Smucker's PB&J at school.




Try new Smucker's Uncrustables! They're in the freezer aisle.




With a name like Smucker's, it has to be good.

NOBLE ASSOCIATES
KEEPING AHEAD OF AHEAD
ADVERTISING AND MARKETING

©2000 The J.M. Smucker Company

SMUCKER'S
Uncrustables
PEANUT BUTTER & STRAWBERRY JAM SANDWICH

"Good & Quick" :15 TV
XYNO0150




(MUSIC: UNDER THROUGHOUT)
WOMAN (VO): New Smuckers Uncrustables go from freezer...



to lunchbox...for a...



soft, tastes like fresh-made...



Smucker's PB&J at school.




Try new Smucker's Uncrustables! They're in the freezer aisle.




MASON ADAMS (VO): With a name like Smucker's...it has to be good.

NOBLE ASSOCIATES
KEEPING AHEAD OF AHEAD
ADVERTISING AND MARKETING

©2000 The J.M. Smucker Company


SMUCKER'S®
Uncrustables™
SMUCKER'S
Uncrustables
PEANUT BUTTER & GRAPE JELLY SANDWICH
A New Twist
on An old
Favorite!
TM
Patent No. 6,004,596 and Patent Pending.
®Registered trademarks of The J.M. Smucker Company.
The crimped sandwich is a trademark of The J.M. Smucker Company


NEW!
SMUCKER'S®
Thaw'n Serve®
Uncrustables™
PEANUT BUTTER & JELLY SANDWICH
™



SMUCKER'S
Uncrustables™
With a name like Smucker's it has to be Good!®
www.smucker.com
Smucker's has discovered a new way to seal its homemade goodness into a delicious PB&J sandwich. The secret is there's no crust so kids love 'em! Uncrustables are great for lunchtime, snack time, road trips, hiking or any on-the-go activities- anytime, anywhere!
Directions
• Keep frozen until ready to eat.
• Thaw 30-60 minutes at room temperature.
• Eat within 8-10 hours of defrosting for best flavor.
NO CRUST
ACTUAL SIZE
WHAT ARE Uncrustables?
Smucker's takes fresh, soft white bread...
Spreads creamy Smucker's peanut butter & delicious Smucker's jelly...
Then we remove the crust!
76184192
0 51500 04815 3
PEANUT BUTTER & GRAPE JELLY SANDWICH
SMUCKER'S Uncrustables
NEW!
3 10 25 50 75 100