# Exhibit E

11-14-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #51

76336653




4 Soft Bread SANDWICHES
NEW!
SMUCKER'S
Uncrustables
PEANUT BUTTER & GRAPE JELLY S
KEEP FROZEN
Thaw'n erve
11-14-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #51
EEP FROZEN
Thaw'n Serve
SMUCKER'S
NEW!
Uncrustables
PEANUT BUTTER & GRAPE JELLY SANDWICH
76336653
4 Soft Bread SANDWICHES
Actual Size
4-2 OZ (58 g) SANDWICHES
NET WT 8 OZ (232 g)
Nutrition Facts
Serving Size 1 sandwich (58 g)
Servings Per Container 4
Amount Per Serving
Calories 200 Calories from Fat 70
% Daily Value*
Total Fat 8g 12%
Saturated Fat 2g 9%
Cholesterol 0mg 0%
Sodium 260mg 11%
Total Carbohydrate 27g 9%
Dietary Fiber 2g 8%
Sugars 12g
Protein 7g
Vitamin A 0% • Vitamin C 0%
Calcium 6% • Iron 6 %
* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.
Calories: 2,000 2,500
Total Fat Less than 65g 80g
Sat Fat Less than 20g 25g
Cholesterol Less than 300mg 300mg
Sodium Less than 2,400mg 2,400mg
Total Carbohydrate 300g 375g
Dietary Fiber 25g 30g
Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4
INGREDIENTS: BREAD: ENRICHED BLEACHED WHEAT FLOUR [BLEACHED WHEAT FLOUR, BARLEY MALT, NIACIN, FERROUS SULFATE, THIAMINE MONONITRATE (VITAMIN B1), RIBOFLAVIN (VITAMIN B2), FOLIC ACID], WHEY, WATER, HIGH FRUCTOSE CORN SYRUP, YEAST, SOYBEAN OIL, SALT, DOUGH CONDITIONERS (MONOGLYCERIDES, SODIUM STEAROYL LACTYLATE, POLYSORBATE 60, CALCIUM PEROXIDE), YEAST NUTRIENTS (CALCIUM SULFATE, MONOCALCIUM PHOSPHATE, AMMONIUM SULFATE), CALCIUM PROPIONATE (TO RETARD SPOILAGE). FILLING: PEANUT BUTTER: SELECT ROASTED PEANUTS, DEXTROSE, VEGETABLE MONOGLYCERIDES, SALT. GRAPE JELLY: GRAPE JUICE, HIGH FRUCTOSE CORN SYRUP, CORN SYRUP, PECTIN, CITRIC ACID, POTASSIUM SORBATE ADDED AS A PRESERVATIVE.
© THE J.M. SMUCKER CO., ORRVILLE, OH 44667 USA
Call Toll Free with Questions or Comments:
1-888-550-9555 Mon.-Fri. 9 am to 7 pm EST
www.smucker.com


NEW!
SMUCKER'S
Uncrustables
PEANUT BUTTER & GRAPE JELLY SANDWICH
PATENT PENDING
0 51500 04815 3
WHAT ARE Uncrustables?
Smucker's takes fresh, soft white bread...
Spreads creamy Smucker's peanut butter & delicious Smucker's jelly...
Then we remove the crust!
Frozen to seal in the freshness...
All you do is thaw and serve!
ACTUAL SIZE
NO CRUST
Smucker's has discovered a new way to seal its homemade goodness into a delicious PB&J sandwich. The secret is there's no crust so kids love 'em! Uncrustables are great for lunchtime, snack time, road trips, hiking or any on-the-go activities - anytime, anywhere!
Directions
Keep frozen until ready to eat.
Thaw 30-60 minutes at room temperature.
Eat within 8-10 hours of defrosting for best flavor.
With a name like Smucker's it has to be Good!®
www.smucker.com
11-14-2001