# Exhibit G

## Trademark Snap Shot Publication Stylesheet

(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 88160150 | FILING DATE | 10/18/2018 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | RICHARDS, LESLIE L | L.O. ASSIGNED | 106 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 08/30/2019 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATION |
| STATUS DATE | 08/29/2019 |
| LITERAL MARK ELEMENT | |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | YES | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | |
| MARK DRAWING CODE | 2-AN ILLUSTRATION DRAWING WITHOUT ANY WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | The J.M. Smucker Company |
| ADDRESS | One Strawberry Lane<br>Orrville, OH 44667 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Ohio |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 030 |
| DESCRIPTION TEXT | Sandwiches |

## GOODS AND SERVICES CLASSIFICATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 030 | FIRST USE DATE | 01/00/2000 | FIRST USE IN COMMERCE DATE | 01/00/2000 | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of a two-dimensional pictorial representation of a round crustless sandwich with a bite taken out showing filling on the inside. |
| OWNER OF US REG NOS | 2623577 2883529 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 08/29/2019 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 012 |
| 08/07/2019 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 011 |
| 08/06/2019 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 010 |
| 08/06/2019 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 009 |
| 04/29/2019 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 008 |
| 02/06/2019 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 007 |
| 02/06/2019 | GNRT | F | NON-FINAL ACTION E-MAILED | 006 |
| 02/06/2019 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 01/28/2019 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 10/31/2018 | MDSC | E | NOTICE OF DESIGN SEARCH CODE E-MAILED | 003 |
| 10/30/2018 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 10/22/2018 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| | |
|---|---|
| ATTORNEY | Courtni Moorman |
| CORRESPONDENCE ADDRESS | Courtni Moorman<br>The J. M. Smucker Company<br>One Strawberry Lane<br>Orrville OH 44667 |

| | |
|---|---|
| DOMESTIC REPRESENTATIVE | NONE |

