# Exhibit H

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| The J.M. Smucker Company<br><br>Plaintiff,<br><br>v.<br><br>Pierre Foods, Inc. *et al.*<br><br>Defendants. | Civil Action No.: 5:08-cv-01970-SL |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by and through counsel, stipulate that this action, including all claims by Plaintiff and all counterclaims by Defendants, shall be, and hereby are, dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

STIPULATED AND AGREED TO ON THIS 29th DAY OF JUNE BY:

| | |
|---|---|
| /s/ James W. Walworth, Jr.<br>Timothy P. Fraelich<br>James W. Walworth, Jr.<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>Tel.: (216) 586-3939<br>Fax: (216) 579-0212<br>tfraelich@JonesDay.com<br>jwalworth@JonesDay.com<br><br>**COUNSEL FOR PLAINTIFF THE J.M. SMUCKER COMPANY** | /s/ Scott A. King<br>Scott A. King<br>Victoria L. Nilles<br>THOMPSON HINE LLP<br>2000 Courthouse Plaza N.E.<br>P.O. Box 8801<br>Dayton, OH 45401<br>Tel.: (937) 443-6560<br>Fax: (937) 443-6830<br>Scott.King@Thompsonhine.com<br><br>**COUNSEL FOR DEFENDANTS OLD PIERRE, INC. AND CLOVERVALE FARMS, INC. AND DEFENDANT / COUNTERCLAIM PLAINTIFF PIERRE FOODS, INC.** |

June 30, 2009