**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**THE J. M. SMUCKER COMPANY,**
an Ohio Corporation,

Plaintiff and Counter-Defendant,

v.

**TRADER JOE'S COMPANY,**
a California Corporation,

Defendant and Counterclaimant.

Case No. 5:25-cv-02181-JRA

Judge John R. Adams

**JOINT MOTION TO EXTEND DEADLINE TO FILE STIPULATED ESI PROTOCOL**

Pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 16(b)(4) and Local Rule 7.1, Plaintiff and Counter-Defendant The J. M. Smucker Company ("Smucker") and Defendant and Counterclaimant Trader Joe's Company ("Trader Joe's") (together, the "Parties"), hereby move the Court for a twenty (20)-day extension of the deadline for the Parties to file their stipulated protocol governing the discovery of electronically stored information (the "ESI Protocol"), from November 13, 2026, to December 3, 2026. This request is made before the current deadline expires, is the Parties' first request to extend this deadline, and does not affect any other date in the Court's Case Management Plan. In support, the Parties state as follows:

1. On October 14, 2026, the Court conducted a telephonic Case Management Conference with the Parties and their counsel. During the conference, the Court noted that the Parties had indicated that they were opting out of the default standard for discovery of electronically stored information, and stated that "the parties will have no more than 30 days to

provide us with an ESI protocol order, or stipulation." (Tr. of Oct. 14, 2026 Case Mgmt. Conf., ECF No. 25, at 15:23–16:3.)

2. Thirty days from October 14, 2026, is Friday, November 13, 2026. *See* Fed. R. Civ. P. 6(a)(1). Accordingly, the current deadline for the Parties to file the ESI Protocol is November 13, 2026.

3. On October 22, 2026, the Court entered its Case Management Plan, which assigned this case to the standard track and set the remaining case schedule, including a fact discovery cut-off of May 28, 2027, and a dispositive motion deadline of September 30, 2027. (ECF No. 22 ¶¶ 1, 4(a), 13(a).)

4. Since the Case Management Conference, the Parties have been diligently conferring in good faith regarding the terms of the ESI Protocol. The Parties have made meaningful progress, but they are still conferring on the draft and require a short amount of additional time to finalize an agreed protocol for the Court's consideration.

5. When an act must be done within a specified time, "the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). Likewise, a schedule "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The Parties recognize that the Case Management Plan provides that stipulations or agreements by counsel to extend deadlines will not be grounds for extending the limitations and deadlines in the plan (ECF No. 22 ¶ 4), and they therefore seek the Court's leave by this motion.

6. Good cause exists for the requested extension. First, this motion is timely: it is filed before the November 13, 2026 deadline expires. *See* Fed. R. Civ. P. 6(b)(1)(A). Second, the Parties have acted diligently and in good faith to reach agreement on the ESI Protocol, consistent

with the Court's expectation that the Parties "work together" and "[p]ut together the orders as we've discussed." (ECF No. 25 at 17:22–18:1.) Third, a brief extension of the deadline will allow the Parties to present the Court with an agreed protocol rather than competing proposals, which will conserve judicial resources and reduce the likelihood of later discovery disputes.

7. The requested extension is limited to twenty (20) days, is the Parties' first request to extend this deadline, and is jointly requested. It is not sought for purposes of delay. The extension will not affect the fact discovery cut-off, the expert discovery deadlines, the dispositive motion deadline, or any other date set in the Case Management Plan, and no party will be prejudiced by it.

For the foregoing reasons, the Parties respectfully request that the Court grant this Joint Motion and extend the deadline for the Parties to file the stipulated ESI Protocol from November 13, 2026, to December 3, 2026. A proposed order is attached as Exhibit A.

Dated: November 12, 2026

Respectfully submitted,

/s/ *Meredith M. Wilkes*
Meredith M. Wilkes (0073092)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
(216) 579-0212 (facsimile)
mwilkes@jonesday.com

*Attorney for The J. M. Smucker Company*

/s/ *Jennifer L. Barry* (by email consent)
Laura R. Washington (admitted pro hac vice)
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax
laura.washington@lw.com

Jennifer L. Barry (228066)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax
jennifer.barry@lw.com

Kevin T. Shook (0073718)
FBT GIBBONS LLP
10 West Broad Street, Suite 2300
Columbus, OH 43215-3484
(614) 464-1211 / (614) 464-1737 Fax
kshook@fbtgibbons.com

*Attorneys for Trader Joe's Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 12, 2026, a copy of the foregoing was filed with the Clerk of the Court via the Court's CM/ECF system, which will send notification to all counsel of record.

*/s/ Meredith M. Wilkes*
Meredith M. Wilkes