# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **THE J. M. SMUCKER COMPANY,** an Ohio Corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>**TRADER JOE'S COMPANY,** a California Corporation,<br><br>Defendant and Counterclaimant. | Case No. 5:25-cv-02181-JRA<br><br>Judge John R. Adams |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE STIPULATED ESI PROTOCOL**

This matter is before the Court on the Joint Motion to Extend Deadline to File Stipulated ESI Protocol filed by Plaintiff and Counter-Defendant The J. M. Smucker Company and Defendant and Counter-Claimant Trader Joe's Company. For good cause shown, the Joint Motion is GRANTED. The deadline for the parties to file their stipulated protocol governing the discovery of electronically stored information is extended from November 13, 2026, to December 3, 2026. All other dates and deadlines set forth in the Court's Case Management Plan (ECF No. 22) remain unchanged.

**IT IS SO ORDERED.**

Date: November __, 2026

______________________________
JUDGE JOHN R. ADAMS