Motion Granted.
*/s/ John R. Adams*
U.S. District Judge
November 13, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**THE J. M. SMUCKER COMPANY,** an Ohio Corporation,

Plaintiff and Counter-Defendant,

v.

**TRADER JOE'S COMPANY,** a California Corporation,

Defendant and Counterclaimant.

Case No. 5:25-cv-02181-JRA

Judge John R. Adams

**JOINT MOTION TO EXTEND DEADLINE TO FILE STIPULATED ESI PROTOCOL**

Pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 16(b)(4) and Local Rule 7.1, Plaintiff and Counter-Defendant The J. M. Smucker Company ("Smucker") and Defendant and Counterclaimant Trader Joe's Company ("Trader Joe's") (together, the "Parties"), hereby move the Court for a twenty (20)-day extension of the deadline for the Parties to file their stipulated protocol governing the discovery of electronically stored information (the "ESI Protocol"), from November 13, 2026, to December 3, 2026. This request is made before the current deadline expires, is the Parties' first request to extend this deadline, and does not affect any other date in the Court's Case Management Plan. In support, the Parties state as follows:

1. On October 14, 2026, the Court conducted a telephonic Case Management Conference with the Parties and their counsel. During the conference, the Court noted that the Parties had indicated that they were opting out of the default standard for discovery of electronically stored information, and stated that "the parties will have no more than 30 days to